MAYFRA POWELL, Respondent, *v.* PARK LEX. REALTY CORPORATION, Appellant.

Submitted January 6, 1953; decided January 21, 1953.

*Edward A. Winkelman* for appellant.

*Myron Epstein* for respondent.

*Robert H. Schaffer* and *Emory Gardiner* for Joseph D. McGoldrick, as State Rent Administrator, *amicus curiæ*, in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.